JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR04-125-RSL |
| | ) | CR03-247-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION FOR |
| | ) | EARLY TERMINATION OF |
| JOSEPH VAN CLEAVE, | ) | SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Van Cleave's supervised release is warranted by the conduct of Mr. Van Cleave and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Van Cleave shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE  this 21st day of November, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*United States v. Joseph Van Cleave*,
CR04-125-RSL, CR03-247-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

Presented by:

2

s/ *Dennis Carroll*

3

Assistant Federal Public Defender
Attorney for Joseph Van Cleave

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*United States v. Joseph Van Cleave*,
CR04-125-RSL, CR03-247-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**